**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6168

---

MICHAEL G. KESELICA,

Plaintiff - Appellant,

versus

M. VAN EVANS, Warden, Washington County
Detention Center,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
3365-AMD)

---

Submitted: March 25, 2004          Decided: April 2, 2004

---

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael G. Keselica, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael G. Keselica seeks to appeal the district court's order dismissing his petition under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and conclude that Keselica has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Accordingly, we deny Keselica's motions to supplement the record and for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED